U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MAR 3 1 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN THE MATTER OF TWO-J RANCH, INC. and VIDALIA DOCK & STORAGE COMPANY, AS OWNER AND BAREBOAT CHARTERER OF M/V CARLA J, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 04-1891-A (LEAD)<br><br>JUDGE DRELL<br><br>MAGISTRATE JUDGE KIRK |

*CONSOLIDATED WITH*

| | |
|---|---|
| IN THE MATTER OF LUHR BROS., INC. AS CHARTERER AND OWNER PRO HAC VICE OF BARGE GD-941, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 04-2457-A (MEMBER)<br><br>JUDGE DRELL<br><br>MAGISTRATE JUDGE KIRK |

## O R D E R

It has come to the Court's attention that our February 11, 2008 ruling (Doc. 152) contains minor clerical mistakes. Pursuant to Fed. R. Civ. P. 60(a), we now correct them. Pages 7 and 18 of the ruling erroneously cite the Jones Act as being located in 46 U.S.C.App.; the cites should be to 46 U.S.C. Also, because of a transposition error, the first paragraph of Part IV (p. 18) erroneously cites the Jones Act as § 10304(a); the cite should be to 46 U.S.C. § 30104(a).

SIGNED on this 28th day of March, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE